ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

      - v -                        :    NOTICE OF INTENT TO
                                     FILE AN INFORMATION
ROBINSON JARAMILLO,                  :
                                     08 CRIM 493
          Defendant.                :

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        May __, 2008

                                     MICHAEL J. GARCIA
                                     United States Attorney

            By:  _____
                  Jeffrey A. Brown
                  Assistant United States Attorney

                  AGREED AND CONSENTED TO:

            By:  _____
                  Julie Clark, Esq.
                  Attorney for Robinson Jaramillo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

5/19/08 WHEEL A